IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DONNIE LEE LEWIS,<br><br>　　　　Plaintiff<br><br>　　VS.<br><br>DANNY DAVIS, *et al.*,<br><br>　　　　Defendants | NO. 5: 08-CV-45 (CAR)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## O R D E R

This matter coming before the court on the motion brought by defendants for an order to allow discovery of plaintiff's medical records, and upon good case shown, and noting no opposition filed by plaintiff,

IT IS HEREBY ORDERED THAT said motion is GRANTED to the extent that plaintiff's medical providers are authorized to release and disclose medical records related to any medical treatment rendered to plaintiff for his claimed injuries, including any pre-existing or post occurrence conditions that may bear on his claims or damages.

SO ORDERED AND DIRECTED, this 24th day of JUNE, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE